[Cite as *Gault v. Miami Univ.*, 2011-Ohio-3782.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LISA A. GAULT

   Plaintiff

   v.

MIAMI UNIVERSITY

   Defendant

   Case No. 2011-02794-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

   THE COURT FINDS THAT:

   {¶ 1}   On February 22, 2011, plaintiff, Lisa A. Gault, filed a complaint against defendant, Miami University, alleging her automobile was damaged by a hazardous condition located on defendant's premises.  Plaintiff sought damages in the amount of $1,488.14, the total cost of automotive repair.  Plaintiff submitted the filing fee with her complaint;

   {¶ 2}   On March 7, 2011, defendant filed an investigation report admitting liability and acknowledging plaintiff suffered unrecovered damages in the amount of $1,488.14;

   {¶ 3}   Plaintiff did not file a response.

   {¶ 4}   THE COURT CONCLUDES THAT:

   {¶ 5}   Liability on the part of defendant has been established.  *Couser v. Wright State University,* Ct. of Cl. No. 2004-07344-AD, 2004-Ohio-5422;

**{¶ 6}** Plaintiff has suffered damages in the amount of $1,488.14, plus the $25.00 filing fee, which may be reimbursed as compensable damages pursuant to the holding in *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LISA A. GAULT

    Plaintiff

    v.

MIAMI UNIVERSITY

    Defendant

    Case No. 2011-02794-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF ADMINISTRATIVE
DETERMINATION</u>

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $1,513.14, which includes the filing fee. Court costs are

assessed against defendant.

DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Lisa A. Gault
13153 State Route 177
Camden, Ohio 45311

Paul S. Allen
Miami University
Roudebush Hall Room 14
Oxford, Ohio 45056

SJM/laa
4/7
Filed 4/20/11